Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendants PHH Mortgage Corporation, Wells Fargo Bank Minnesota, N.A. as Trustee for Merrill Lynch Mortgage Investors Trust, Series MLCC 2003-A, Merrill Lynch Mortgage Investors Trust, Series MLCC 2003-A, and Michael Danlag*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SONG, an individual; ADRIENNE SONG, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> MTC FINANCIAL INC. DBA TRUSTEE CORPS; WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK MINNESOTA, N.A. AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES MLCC 2003-A; MLCC 2003-A; BANK OF AMERICA, N.A.; PHH MORTGAGE CORPORATION; MICHAEL DANLAG, an individual; and DOES 1 through 10, inclusive, ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 2:18-cv-00757-JCM-PAL <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF THE RENEWED MOTION TO DISMISS (ECF NO. 64)** <br><br> (First Request) |

Defendants PHH Mortgage Corporation ("PHH"), Wells Fargo Bank Minnesota, N.A. as Trustee for Merrill Lynch Mortgage Investors Trust, Series MLCC 2003-A, ("Wells Fargo"), Merrill Lynch Mortgage Investors Trust, Series

1  MLCC 2003-A (the "Trust"), and Michael Danlag (together, "Defendants") and
2  plaintiffs James and Adrienne Song, stipulate and agree that Defendants have up to
3  and including September 30, 2020 to file a reply in support of the renewed motion to
4  dismiss (ECF No. 64).

5      This is the first request for an extension, and it is made in good faith and not
6  for purposes of delay. Counsel requests the extension due their schedule. Further, the
7  Songs filed a counter motion (EFC No. 68), to which a response is due on September
8  30, 2020. The extension will also consolidate deadlines and allow counsel for
9  Defendants to address all arguments efficiently. Accordingly, the parties have
10 requested a brief eight (8) day extension to file a reply in support of the renewed
11 motion to dismiss.

12 DATED: September 18, 2020.

13 THE SCHNITZER LAW FIRM                    BALLARD SPAHR LLP

15 By: /s/ Jordan P. Schnitzer                By: /s/ Holly Ann Priest
    Jordan P. Schnitzer, Esq.                    Abran E. Vigil
    Nevada Bar No. 10744                         Nevada Bar No. 7548
16     9205 W. Russell Rd, Suite 240                Holly Ann Priest
    Las Vegas, Nevada 89148                      Nevada Bar No. 13226
                                                        1980 Festival Plaza Drive, Suite 900
17 *Attorneys for Plaintiffs*                    Las Vegas, Nevada 89135

19                                                      *Attorneys for Defendants*

22                                           **ORDER**

23                                           **IT IS SO ORDERED:**

25                                           UNITED STATES DISTRICT JUDGE

27                               DATED: September 21, 2020