JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: 702.960.4050
Facsimile:  702.960.4092
Jordan@TheSchnitzerLawFirm.com
*Attorney for Plaintiffs, James Song and Adrienne Song*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES SONG, an individual; ADRIENNE SONG, an individual, <br><br>  Plaintiffs, <br><br> vs. <br><br> MTC FINANCIAL INC. DBA TRUSTEE CORPS; WELLS FARGO BANK, N.A. successor by merger to WELLS FARGO BANK MINNESOTA, N.A. AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES MLCC 2003-A; MLCC 2003-A; BANK OF AMERICA, N.A.; PHH MORTGAGE CORPORATION; MICHAEL DANLAG, an individual; DOES 1-10 inclusive; and ROE COMPANIES 1-10, inclusive, <br><br>  Defendants. | Case No.: 2:18-cv-00757-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' COUNTERMOTION TO AMEND COMPLAINT [ECF NO. 68]** <br><br> **(First Request)** |

Plaintiffs James Song and Adrienne Song (together, "Plaintiffs") and Defendants PHH Mortgage Corporation ("PHH"), Wells Fargo Bank Minnesota, N.A. as Trustee for Merrill Lynch Mortgage Investors Trust, Series MLCC 2003-A, ("Wells Fargo"), Merrill Lynch Mortgage Investors Trust, Series MLCC 2003-A (the "Trust"), and Michael Danlag (together, "Defendants"), stipulate and agree that Plaintiffs have up to and including October 14, 2020 to file a Reply in support their Countermotion to Amend Complaint [ECF No. 68].

This is the first request for an extension, and it is made in good faith and not for purposes

1

of delay. Counsel requests the extension due their schedule.

DATED this 7th day of October 2020.

THE SCHNITZER LAW FIRM

BY: /s/ Jordan P. Schnitzer, Esq.
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
*Attorney for Plaintiffs*

DATED this 7th day of October 2020.

BALLARD SPAHR LLP

BY: /s/ Holly Ann Priest, Esq.
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Holly Ann Priest, Esq.
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED: October 7, 2020

_____
UNITED STATES DISTRICT JUDGE