UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES SONG, et al., | Case No. 2:18-CV-757 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| MTC FINANCIAL, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Song v. Wells Fargo et al*, case number 2:18-cv-00757-JCM-BNW.

Local Rule 41-1 provides that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party." LR 41-1.

On September 15, 2022, the court notified the parties that "[i]f no action is taken in this case within 30 days, the Court will enter an order of dismissal for want of prosecution." (ECF No. 87). No action has been taken since, and more than 30 days have passed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the same hereby is, DISMISSED for want of prosecution.

The clerk of the court is instructed to close this case.

DATED October 19, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**